IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

MARY FRANCES SWANSON, *et al.*       §

v.                                   §          CIVIL ACTION NO. 6:12CV135

TONDA HARRIS HELMS                   §

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of a post-judgment motion has been presented for consideration. The Report and Recommendation (document #18) recommends that a letter filed by Plaintiff Swanson, construed as a Motion for Reconsideration of the Final Judgment (document #17), be denied. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion for Reconsideration (document #17) is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 17th day of May, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE